**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KINLEE SHARPE**                                                                              **PLAINTIFF**

V.                                         **CASE NO. 5:24-CV-5028**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                         **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 31st day of January, 2025.

                              */s/ Timothy L. Brooks*
                              TIMOTHY L. BROOKS
                              UNITED STATES DISTRICT JUDGE