IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KINLEE SHARPE**                                                                                   **PLAINTIFF**

V.                              CASE NO. 5:24-CV-5028

**COMMISSIONER,**
Social Security Administration                                                  **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 24) of United States Magistrate Judge Barry A. Bryant, dated April 17, 2025, regarding the Stipulated Motion for Attorney's Fees (Doc. 22). Since the amount of fees and costs was stipulated to by the parties, the Court finds it appropriate to consider and rule on the Report and Recommendation prior to the expiration of the fourteen-day objection period.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 22) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA for $6,615.00 in attorney's fees and $405.00 in costs, for a total award of **$7,020.00**. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED** on this 30th day of April, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE